IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAMELA CUNNINGHAM, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07 cv 656 – JPG – DGW |
| MANPOWER PROFESSIONAL SERVICES INC. and USCADEN CORPORATION, | ) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI, CLERK**

**Dated: July 15, 2008**          S/Brenda K. Lowe, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**